UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ANTOINE H. HILAIRE and
ISLANDE HILAIRE,

                      Plaintiffs,

        - against -

JPMORGAN CHASE BANK, N.A. and
WASHINGTON MUTUAL BANK,

                      Defendants.
----------------------------------------------------------x

**STIPULATION OF DISCONTINUANCE**

Docket No.
CV-09-811

(Johnson, J.)
(Levy, M.J.)

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for plaintiffs Antoine H. Hilaire and Islande Hilaire and defendant JPMorgan Chase Bank, N.A. ("Chase"), individually, and as acquirer of certain assets and liabilities of defendant Washington Mutual Bank ("WaMu") (Chase and WaMu collectively, "Defendants") from the Federal Deposit Insurance Corporation, as Receiver for WaMu, that whereas neither party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, the above-entitled action be, and the same hereby is discontinued against Defendants with prejudice and without costs to either party as against the other. Facsimile signatures shall have the same effect as originals.

Dated: Garden City, New York
          June 30, 2009

LAW OFFICES OF HERSH
JAKUBOWITZ, P.L.L.C.

By: _____
    Hersh Jakubowitz, Esq.
    Attorney for Plaintiffs
    42-34 162nd Street
    Flushing, New York 11358
    (718) 445-1436

CULLEN AND DYKMAN LLP

By: _____
    Elizabeth Iovino, Esq.
    Attorneys for Defendants
    100 Quentin Roosevelt Boulevard
    Garden City, New York 11530
    (516) 357-3700