UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
ANTOINE H. HILAIRE and
ISLANDE HILAIRE,

               Plaintiffs,

- against -

JPMORGAN CHASE BANK, N.A. and
WASHINGTON MUTUAL BANK,

               Defendants.
----------------------------------------x

**STIPULATION OF DISCONTINUANCE**

Docket No.
CV-09-811

(Johnson, J.)
(Levy, M.J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for plaintiffs Antoine H. Hilaire and Islande Hilaire and defendant JPMorgan Chase Bank, N.A. ("Chase"), individually, and as acquirer of certain assets and liabilities of defendant Washington Mutual Bank ("WaMu") (Chase and WaMu collectively, "Defendants") from the Federal Deposit Insurance Corporation, as Receiver for WaMu, that whereas neither party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, the above-entitled action be, and the same hereby is discontinued against Defendants with prejudice and without costs to either party as against the other. Facsimile signatures shall have the same effect as originals.

Dated: Garden City, New York
       June 30, 2009

LAW OFFICES OF HERSH
JAKUBOWITZ, P.L.L.C.

By: _____
   Hersh Jakubowitz, Esq.
   Attorney for Plaintiffs
   42-34 162nd Street
   Flushing, New York 11358
   (718) 445-1436

CULLEN AND DYKMAN LLP

By: _____
   Elizabeth Iovino, Esq.
   Attorneys for Defendants
   100 Quentin Roosevelt Boulevard
   Garden City, New York 11530
   (516) 357-3700

SO ORDERED
on this 1st day of July, 2009

s/b Judge Johnson
STERLING JOHNSON, JR., U.S.D.J.

TOTAL P.11